UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

CASE NO.: 3:21-CV-00281-FDW-DCK

| | |
|---|---|
| **FRANCES ROGERS**, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>vs.<br><br>**HENDRICK HONDA, INC.**,<br><br>*Defendant.* | **CLASS ACTION**<br><br>**JURY TRIAL DEMANDED** |

**STIPULATION FOR DISMISSAL WITHOUT PREJUDICE**

Plaintiff Frances Rogers and Defendant Hendrick Honda, Inc., pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this action as follows: All claims of Plaintiff are hereby dismissed <u>without</u> prejudice. All claims of the putative class members are hereby dismissed <u>without</u> prejudice. Each party to bear its own costs and attorneys' fees.

Dated: September 15, 2021

Respectfully submitted,

*/s/ Manuel Hiraldo*
**HIRALDO P.A.**
Manuel Hiraldo, Esq.
Florida Bar No. 030380
(*pro hac vice*)
401 E. Las Olas Blvd., Suite 1400
Fort Lauderdale, FL 33301
mhiraldo@hiraldolaw.com
Telephone: 954-400-4713
*Counsel for Plaintiff*

JAMES, McELROY & DIEHL, P.A.

/s/ Adam L. Ross
Adam L. Ross (NC Bar #31766)
Jennifer M. Houti (NC Bar #45442)
525 N. Tryon Street, Suite 700
Charlotte, North Carolina 28202
Telephone: (704) 372-9870
Facsimile: (704) 333-5508
Email:  aross@jmdlaw.com
        jhouti@jmdlaw.com
*Attorneys for South Boulevard Auto Investors Company Limited Partnership d/b/a Hendrick Honda*